IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELSEY MORRIS THOMAS,           )
                                )
    Petitioner,                 )     No. C 08-5007 CRB (PR)
                                )
vs.                             )     ORDER
                                )
KEN CLARK, Warden,              )
                                )
    Respondent.                 )
_____)

       On July 8, 2009, respondent filed a motion to dismiss the petition for a writ of habeas corpus and served a copy of the motion on petitioner at the California Substance Abuse Treatment Facility and State Prison in Corcoran. It appears that petitioner did not receive the copy because he was transferred to Calipatria State Prison at around the same time.

       In the interest of justice, respondent shall serve a copy of the motion on petitioner at his new address – Kelsey Morris Thomas, J 03812, C3-2350, P.O. Box 5006, Calipatria, CA 92233 – within 5 days of this order. Petitioner shall file an opposition, or notice of non-opposition, within 30 days of receiving the copy of the motion and respondent shall file a reply to any opposition within 15 days thereafter.

SO ORDERED.

DATED: Sept. 1, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.08\Thomas, K2.or1.wpd